# UNITED STATES DISTRICT COURT
## Western District of North Carolina

## Request for Modifying the Conditions or Term of Supervision

Name of Offender: **Kimberly Bullard**                    Case Number: 0419 5:11CR00013-003

Name of Sentencing Judicial Officer: The Honorable Richard L. Voorhees, U.S. District Court Judge

Date of Original Sentence: 11/5/2012      Register Number: 26324-058      PACTS Number: 22225

Original Offense:      21 U.S.C. §§ 846 and 841(b)(1)(C), Conspiracy to Possess with Intent to Distribute and Distribute Oxycodone and Alprazolam, Class C Felony

Original Sentence:     Time Served, three (3) years Supervised Release; Special Conditions: $100 special assessment (balance $100), submit to mental health evaluation/treatment, and enroll in Dove's Nest

Type of Supervision: Supervised Release                    Date Supervision Commenced: 11/14/2012

---

## PETITIONING THE COURT

☐  To extend the term of supervision for  years, for a total of  years.
☒  To modify the conditions of supervision as follows:

  The special condition #27 requiring that "The defendant be enrolled in Dove's Nest for a period to be determined by the U.S. Probation Officer" is suspended.

## CAUSE

  Following the defendant's release from custody, the defendant relocated to the Middle District of North Carolina to reside with her parents in Elkin, NC.  U.S. Probation Officer Matthew C. McBirney provided the undersigned probation officer with a "Violation Report Action Requested" dated April 24, 2013.  The report indicates the following:

  "As a special condition of her supervision, Ms. Bullard was ordered to enroll in Dove's Nest Charlotte Rescue Mission female residential treatment program for a period to be determined by the probation officer.  Space was not readily available in the Dove's Nest program, so the probation officer directed Ms. Bullard to apply at other female residential treatment facilities.  On January 3, 2013, Ms. Bullard was accepted into the Alpha House female residential treatment program in Asheboro, NC.  She completed intensive outpatient treatment through Alcohol and Drug Services of Davidson County and attended Narcotics Anonymous daily."

The report further indicates that Ms. Bullard left the Alpha House on April 12, 2013 prior to completion and secured an apartment in Burlington, NC without notifying the probation officer.  On March 25, 2013, Ms. Bullard obtained employment with Arrow Marketing Group, selling Burlington Times News subscriptions in Burlington, NC.  She cited the commute from Asheboro, NC to Burlington, NC for her employment as a factor in the relocation and leaving Alpha House.

U.S. Probation Officer McBirney advised that Ms. Bullard appears to be stable, attends Narcotics Anonymous daily, and has remained sober.  The results of all urinalyses have been negative.  Although she did not complete the residential treatment program ordered by the Court, U.S. Probation Officer McBirney believes that she has met the intended goals.  She is sober, employed, and otherwise compliant with the conditions of supervision.

Therefore, I respectfully recommend that the special condition #27 be suspended, and the defendant be continued on supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By      s/ Janie M. Propst
        Janie M. Propst
        Senior U.S. Probation Officer
        101 Government Ave SW
        Suite A
        Hickory, NC 28602
        828-267-3511
        Date: May 15, 2013

Approved by:    s/ R. Scott Lunsford
        R. Scott Lunsford
        Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☐    No Action
☐    The Extension of Supervision as Noted Above
☒    The Modification of Conditions as Noted Above
☐    Other

Date: May 30, 2013

Richard L. Voorhees
United States District Judge